# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>WYNDHAM VACATION OWNERSHIP, INC., et al.,<br><br>　　　Defendant(s). | Case No. 2:21-cv-02228-GMN-NJK<br><br>**Order** |

This case involves allegations of sexual harassment against Defendant Wyndham and Defendant Demetrius Barnes. *See* Docket No. 1. In another case filed by counsel raising allegations of sexual harassment against these Defendants, the civil cover sheet indicates that the matters are related. *Regge v. Wyndham Vacation Ownership, Inc.*, No. 2:21-cv-02235-JCM-DJA, Docket No. 1-1 (D. Nev. Dec. 22, 2021). Despite making that representation in the civil cover sheet, counsel did not file a notice of related cases as required by Local Rule 42-1(a). From the Court's independent review of CMECF, it also appears that there is a third case filed by counsel raising allegations of sexual harassment against these Defendants. *Dean v. Wyndham Vacation Ownership, Inc.*, No. 2:22-cv-00141-GMN-NJK. The civil cover sheet in this third case does not identify any related cases.

Clearly notifying the Court of the relatedness of cases enables the assigned judges to determine whether the cases should have parallel judicial assignments to further the goal of judicial efficiency. *See* Local Rule 42-1(a)(3), (5). In the context of employment cases with early neutral evaluations ("ENEs"), promptly filing a notice of related cases serves the additional and important goal of ensuring that a magistrate judge privy to confidential information from an ENE in one case is not assigned as the magistrate judge for general purposes in another case in which that same

information could be pertinent.[1]  Although Plaintiff has raised the possibility that these cases are related in her civil cover sheet filed in the second case, counsel has not filed a proper notice of related cases so that the judges assigned to the various cases can make a fully informed decision as to whether judicial reassignment is warranted.

Accordingly, no later than February 22, 2022, Plaintiff must file either (1) a notice of related cases in compliance with Local Rule 42-1(a) or (2) a notice that the cases are not related and that the civil cover sheet in the second case was filed in error.  To the extent Defendants have an opinion on the relatedness (or lack of relatedness) of these cases, they may also file a notice on the subject by February 22, 2022.

IT IS SO ORDERED.

Dated: February 15, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Given this potential exposure to confidential information or litigation strategy, the ENE program is designed such that the magistrate judge overseeing the ENE is not generally involved in the case thereafter.