Kirsten A. Milton
Nevada State Bar No. 14401
Kyle J. Hoyt
Nevada State Bar No. 14886
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com
kyle.hoyt@jacksonlewis.com

Attorneys for Defendant
*Wyndham Vacation Ownership, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN,<br>        Plaintiff,<br>    vs.<br>WYNDHAM VACATION OWNERSHIP,<br>INC., a Nevada corporation; DEMETRIUS<br>BARNES, an individual; DOES I through X,<br>inclusive; and ROE BUSINESS ENTITIES, I<br>through X, inclusive<br><br>        Defendants. | **Case No. 2:21-cv-02228-GMN-NJK**<br><br>**STIPULATION TO EXTEND<br>DEADLINE FOR DEFENDANT TO<br>RESPOND TO PLAINTIFFS'<br>COMPLAINTS**<br><br>**(SECOND REQUEST)** |
| WENDY REGGE,<br>        Plaintiff,<br>    vs.<br>WYNDHAM VACATION OWNERSHIP,<br>INC., *et al*.,<br>        Defendants. | Case No. 2:21-cv-02235-JCM-DJA |
| RENEE DEAN,<br>        Plaintiff,<br>    vs.<br>WYNDHAM VACATION OWNERSHIP,<br>INC., *et al*.,<br>        Defendant. | Case No. 2:22-cv-00141-GMN-NJK |

        IT IS HEREBY STIPULATED by and between Plaintiffs Christina Jordan, Wendy Regge, and Renee Dean ("Plaintiffs"), through their counsel Hone Law, and Defendant Wyndham Vacation Ownership, Inc. ("Wyndham"), through its counsel Jackson Lewis P.C., that Wyndham and Demetrius Barnes shall have an extension up to and including Monday, March 28, 2022, in which to file a response to Plaintiff's Complaint.  This Stipulation is submitted and based upon the

following:

1.      Plaintiffs originally filed separate Complaints in three separate cases.

2.      On February 24, 2022, the Court entered an Order consolidating the cases following the parties' stipulation as to the same. *See* ECF No. 15.

3.      It is Defendants' position that an Amended Complaint should be filed with an amended case caption so that the case operates under one set of pleadings. Plaintiffs have indicated they will consider Defendants' position.

4.      Wyndham and Barnes' responses to the Plaintiffs' respective Complaints are currently due on March 7, 2022. However, there is insufficient time to consider entry of an amended pleading before the responses are due.

5.      This is the second request for an extension of time for Defendants to file a response Plaintiffs' Complaints.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JACKSON LEWIS P.C.
LAS VEGAS

1    6.    This request is made in good faith and not for the purpose of delay.

2    Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or

3  be construed as waiving any claim or defense held by any party hereto.

4    Dated this 7th day of March, 2022.

5  HONE LAW                                                JACKSON LEWIS P.C.

6

7  /s/ Amy L. Howard                                       /s/ Kyle J. Hoyt
   Amy L. Howard, NV State Bar No. 13946                   Kyle J. Hoyt, NV State Bar No. 14886
   701 N. Green Valley Pkwy., Suite 200                    300 S. Fourth Street, Ste. 900
8  Henderson, NV 89074                                     Las Vegas, Nevada 89101

9  Attorneys for Plaintiffs                                Attorneys for Defendant
   Christina Jordan, Wende Regge,                          Wyndham Vacation Ownership, Inc.
10 and Renee Dean

11

12                                      **ORDER**

13                                      **IT IS SO ORDERED:**

14

15

16                                      ~~United States District Court Judge /~~
                                        United States Magistrate Judge

17                                      Dated: ___March 8, 2022___

18

19

20

21

22

23

24

25 4892-2130-4851, v. 1

26

27

28

JACKSON LEWIS P.C.
LAS VEGAS                                    -3-