**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-608-7814

*Attorneys for Plaintiffs*
*Renee Dean, Christina Jordan, and Wendy Regge*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN, et al.,<br><br>                Plaintiff,<br><br>        vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>                Defendants. | Consolidated for Discovery<br>Case No. 2:21-cv-02228-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>**(First Request)** |

Plaintiffs Renee Dean ("Dean"), Christina Jordan ("Jordan"), and Wendy Regge ("Regge," and collectively "Plaintiffs") and Defendants Wyndham Vacation Ownership, Inc. ("Wyndham") and Demetrius Barnes ("Barnes," collectively "Defendants"), by and through their respective counsel of record, hereby file this Stipulation and Order to Extend Deadline for Plaintiffs to Respond to Defendants' Motions to Dismiss (First Request).

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs shall have an extension up to and including January 10, 2023 to file their responses to Defendants' Motion to Dismiss Count IV of Plaintiff Christina Jordan's Complaint for Intentional Infliction of Emotional Distress filed on December 12, 2022 [ECF No. 28], Defendants' Motion to Dismiss Plaintiff Renee Dean's Complaint filed on December 12, 2022 [ECF No. 29], and Defendants' Motion to Dismiss Counts II and V of Plaintiff Wendy Regge's Complaint filed on December 12, 2022 [ECF No. 30] (collectively "Motions to Dismiss). This Stipulation is submitted and based upon the

following:

1. The departure of Kathryn Newman, lead counsel for Plaintiffs, has had an impact on the status of litigation in a number of matters adding to the already challenging nature of managing litigation during the holiday season.

2. This is the first request for an extension of time for Plaintiffs to file a response to Defendants' Motions to Dismiss.

Dated this 22nd day of December 2022

HONE LAW

/s/Jill Garcia
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Plaintiffs
Renee Dean, Christina Jordan, and
Wendy Regge*

Dated this 22nd day of December 2022

JACKSON LEWIS P.C.

/s/Kyle J. Hoyt
Kyle J. Hoyt, NV State Bar No. 14886
kyle.hoyt@jacksonlewis.com
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendants
Wyndham Vacation Ownership, Inc. and
Demetrius Barnes*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 23, 2022

