Kirsten A. Milton
Nevada State Bar No. 14401
Kyle J. Hoyt
Nevada State Bar No. 14886
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com
kyle.hoyt@jacksonlewis.com

Attorneys for Defendant
*Wyndham Vacation Ownership, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN,<br>    Plaintiff<br>        vs.<br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive<br>    Defendants | **Case No. 2:21-cv-02228-~~GMN~~-NJK** CDS [1]<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS (ECF Nos. 28, 29, 30)**<br><br>**(FIRST REQUEST)** |
| WENDY REGGE,<br>    Plaintiff<br>        vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al.*,<br>    Defendants | Case No. 2:21-cv-02235-JCM-DJA |
| RENEE DEAN,<br>    Plaintiff<br>        vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al.*,<br>    Defendant | Case No. 2:22-cv-00141-GMN-NJK |

IT IS HEREBY STIPULATED by and between Plaintiffs Christina Jordan, Wendy Regge, and Renee Dean ("Plaintiffs"), through their counsel Hone Law, and Defendants Wyndham Vacation Ownership, Inc. and Demetrius Barnes-Vaughn (collectively "Defendants"), through their counsel Jackson Lewis P.C., that Defendants shall have an extension up to and including Tuesday, January 31, 2023, in which to file their replies in support of Motions to Dismiss (ECF Nos. 28, 29, 30).  This Stipulation is submitted and based upon the following:

---

[1] Counsel are reminded that this case is assigned to Judge Cristina D. Silva. All documents must bear the correct case number 2:21-cv-02228-CDS-NJK. ECF No. 22.

1. This is a complex matter involving three pending motions to dismiss on multiple claims for three Plaintiffs.

2. Undersigned counsel for Defendants has been engaged this week in five previously scheduled depositions beginning January 10, 2023 through January 13, 2023 as well as preparing for an additional deposition set for January 17, 2023.

3. Additionally, the offices for Defendants' counsel will be closed for the holiday on Monday, January 16, 2023.

4. Due to the complexity of the issues in the pending motions, the engagement of counsel in previously scheduled depositions, and the intervening holiday, Defendants seek an extension to file reply briefs up to and including January 31, 2023.

5. This is the first request for an extension of time for Defendants to file their replies in support of their Motions to Dismiss.

6. This request is made in good faith and not for the purpose of delay.

Dated this 13th day of January, 2023.

| HONE LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jill Garcia* <br> Jill Garcia, NV State Bar No. 7805 <br> Amy L. Howard, NV State Bar No. 13946 <br> 701 N. Green Valley Pkwy., Suite 200 <br> Henderson, NV 89074 | */s/ Kyle J. Hoyt* <br> Kirsten A. Milton, NV State Bar No. 14401 <br> Kyle J. Hoyt, NV State Bar No. 14886 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* <br> *Christina Jordan, Wende Regge,* <br> *and Renee Dean* | Attorneys for Defendant <br> *Wyndham Vacation Ownership, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge

Dated: January 13, 2023