Kirsten A. Milton
Nevada State Bar No. 14401
Kyle J. Hoyt
Nevada State Bar No. 14886
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com
kyle.hoyt@jacksonlewis.com

Attorneys for Defendant
*Wyndham Vacation Ownership, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN,<br>       Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive<br>       Defendants. | **Case No. 2:21-cv-02228-CDS-NJK**<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE RE: PLAINTIFFS' MOTIONS FOR LEAVE TO FILE AMENDED COMPLAINT (ECF Nos. 54, 55, 56)**<br><br>**(FIRST REQUEST)** |
| WENDY REGGE,<br>       Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al*.,<br>       Defendants. | Case No. 2:21-cv-02235-JCM-DJA |
| RENEE DEAN,<br>       Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al*.,<br>       Defendant. | Case No. 2:22-cv-00141-GMN-NJK |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, all parties hereby stipulate to extend the briefing schedule for Plaintiffs' Motions for Leave to File First Amended Complaint (ECF Nos. 54, 55, 56). Defendants' time to file their responses shall be extended by 10 days from March 28, 2023 to April 7, 2023. Plaintiffs shall then have an additional 10 days to file their replies (for a total of 17 days after the filing of Defendants' responses), which shall be filed on or before April 24, 2023.

This is the parties' first request to extend this deadline. This request is sought in good faith and not for purposes of undue delay.

This extension is necessary because Defense Counsel has had an unexpected family medical emergency and resulting hospitalization that requires her attention out of the office and to accommodate Plaintiffs' Counsel's previously scheduled vacation.

Therefore, the Parties' counsel have agreed, and the parties hereby stipulate that Defendants shall have up to and including April 7, 2023, to file its their responses to Plaintiffs' Motions for Leave to File First Amended Complaint (ECF Nos. 54, 55, 56) and Plaintiffs shall have up to and including April 24, 2023 to file their replies to Defendants' responses.

Dated this 24th day of March, 2023.

| HONE LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kelly B. Stout*<br>Jill Garcia, NV State Bar No. 7805<br>Amy L. Howard, NV State Bar No. 13946<br>Kelly B. Stout, NV State Bar No. 12105<br>701 N. Green Valley Pkwy., Suite 200<br>Henderson, NV 89074<br><br>*Attorneys for Plaintiffs*<br>*Christina Jordan, Wende Regge,*<br>*and Renee Dean* | */s/ Kirsten A. Milton*<br>Kirsten A. Milton, NV State Bar No. 14401<br>Kyle J. Hoyt, NV State Bar No. 14886<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendant<br>*Wyndham Vacation Ownership, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

~~United States District Court Judge /~~
United States Magistrate Judge

Dated: March 27, 2023