**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-608-7814

*Attorneys for Plaintiffs*
*Christina Jordan, Renee Dean, and Wendy Regge*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN,<br><br>                    Plaintiff<br><br>        vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES-VAUGN, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>                    Defendants | Consolidate for Discovery<br>Case No. 2:21-cv-02228-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND DEFENDANTS TO FILE REPLIES IN SUPPORT**<br><br>**(First Request)** |
| WENDY REGGE,<br><br>                    Plaintiff<br><br>        vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., et al.,<br><br>                    Defendants | Case No. 2:21-cv-02235-JCM-EJY |
| RENEE DEAN,<br><br>                    Plaintiff<br><br>        vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., et al.<br><br>                    Defendants | Case No. 2:22-cv-00141-GMN-NJK |

Plaintiffs Renee Dean ("Dean"), Christina Jordan ("Jordan"), and Wendy Regge ("Regge," and collectively "Plaintiffs") and Defendants Wyndham Vacation Ownership, Inc. ("Wyndham") and Demetrius Barnes ("Barnes," collectively "Defendants"), by and through their respective counsel of record, hereby file this Stipulation and Order to Extend Deadline for Plaintiffs to Respond to Defendants' Motions to Dismiss and Defendants to File Replies in Support (First Request).

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs shall have an extension up to and including May 22, 2023 to file their responses to Defendants' Motion to Dismiss Count IV & Count V of Plaintiff Christina Jordan's First Amended Complaint filed on April 24, 2023 [ECF No. 74], Defendants' Motion to Dismiss Counts II, V and VI of Plaintiff Wendy Regge's First Amended Complaint filed on April 24, 2023 [ECF No. 75], and Defendants' Motion to Dismiss Plaintiff Renee Dean's First Amended Complaint filed on April 24, 2023 [ECF No. 76] (collectively "Motions to Dismiss), and Defendants shall have an extension up to and including June 12, 2023 to file their three replies in support of their motions. This Stipulation is submitted and based upon the following:

1.   Plaintiffs' counsel primarily handling the briefing has been out of the office last week, and the additional time is to allow counsel to fully complete the brief, particularly since there are three separate briefs, with separate arguments, which need to be addressed.

2.   Under Local Rule 7-2(b), Defendants' replies in support of their motions would be due seven days later on or before May 30, 2023 because May 29, 2023 is Memorial Day. Given the holiday, and the fact that Defendants will have to respond to three separate oppositions, each with separate arguments, the parties agree that Defendants shall have up to and including June 12, 2023 to file their replies.

/ / /

/ / /

/ / /

/ / /

/ / /

3.      This is the first request for an extension of time for Plaintiffs to file a response to Defendants' Motions to Dismiss, and Defendants to file their replies, and the extension is sought in good faith and not for the purpose of undue delay.

Dated this 8th day of May 2023.

HONE LAW

/s/Jill Garcia
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Plaintiffs
Renee Dean, Christina Jordan, and
Wendy Regge*

Dated this 8th day of May 2023.

JACKSON LEWIS P.C.

/s/Kirsten A. Milton
Kirsten A. Milton, NV State Bar No. 14401
Kirsten.milton@jacksonlewis.com
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendants
Wyndham Vacation Ownership, Inc. and
Demetrius Barnes*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   May 10, 2023

