# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN,<br><br>    Plaintiff(s),<br><br>v.<br><br>WYNDHAM VACATION OWNERSHIP, INC., et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-02228-CDS-NJK<br><br>**Order**<br><br>[Docket No. 97] |

Pending before the Court is a motion to extend the rebuttal expert disclosure deadline, which is predicated on a dispute as to Plaintiff Wendy Regge undergoing a Rule 35 examination. Docket No. 97. Defendants represent that a motion to compel that examination will be filed today, November 27, 2023. *See id.* at 2.

The Court hereby **ORDERS** that any motion to compel Wendy Regge's Rule 35 examination must be filed today, November 27, 2023. The responses to both the motion to compel and the motion to extend must be filed by November 30, 2023, and any replies to either of those two motions must be filed by December 1, 2023.[1]

IT IS SO ORDERED.

Dated: November 27, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Counsel are reminded that the deadlines set in this order control the briefing schedule, regardless of whether any automatically generated notices from CMECF provide for different deadlines. *See* Local Rule IC 3-1(d).