**Defendants' Reply in Support of Defendants' (1) Motion to Compel Mental Examination of Plaintiff Wendy Regge; and (2) Motion to Continue Rebuttal Expert Disclosure Deadline**

| Exhibit | Description | Pages |
|---------|-------------|-------|
| 1 | Declaration of Kathleen Shea | 2 |