# EXHIBIT 1

## Declaration of Kathleen Shea

Kirsten A. Milton
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com

Kathleen C. Shea
Florida State Bar No. 0102837
**JACKSON LEWIS P.C.**
390 N. Orange Avenue, Suite 1285
Orlando Florida 32801
Tel:  (407) 246-8404
Fax:  (407) 246-8441
kathleen.shea@jacksonlewis.com
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc.
and Demetrius Barnes-Vaughn*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA JORDAN,<br>　　　　Plaintiff,<br>　vs.<br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive<br><br>　　　　Defendants. | **Consolidated for Discovery**<br>**Case No. 2:21-cv-02228-CDS-NJK**<br><br>**DECLARATION OF KATHLEEN SHEA IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' (1) MOTION TO COMPEL MENTAL EXAMINATION OF WENDY REGGE; AND (2) MOTION TO CONTINUE REBUTTAL EXPERT DISCLOSURE DEADLINE** |
| WENDY REGGE,<br>　　　　Plaintiff,<br>　vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al.*,<br>　　　　Defendants. | Case No. 2:21-cv-02235-JCM-EJY |
| RENEE DEAN,<br>　　　　Plaintiff,<br>　vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al.*,<br>　　　　Defendants. | Case No. 2:22-cv-00141-GMN-NJK |

I, KATHLEEN C. SHEA, declare as follows:

I am an attorney licensed to practice law in the Florida, am appearing in this case *Pro Hac Vice*, and am currently an Associate with the law firm of Jackson Lewis, P.C., and counsel for Defendants Wyndham Vacation Ownership, Inc. ("Wyndham") and Demetrius Barnes-Vaughn ("Barnes-Vaughn" and collectively as "Defendants") in the above-captioned litigation. Except as to those matters stated upon information and belief, I have personal knowledge of the facts set forth below in this declaration and will so testify if called upon.

1. I submit this declaration in support of Defendants' Reply in Support of Defendants' (1) Motion to Compel Mental Examination of Plaintiff Wendy Regge ("Plaintiff") and (2) Motion to Continue Rebuttal Expert Disclosure Deadline.

2. On November 1, 2023, I had a conferral call with Plaintiff's counsel to discuss Plaintiff's request that Defendants supplement their discovery responses. During the call, I asked Plaintiff's counsel whether she had the opportunity to review the draft proposed stipulation for a Rule 35 exam of Plaintiff Regge to be conducted by Dr. JoAnn Behrman-Lippert, Ph.D. ("Dr. Lippert").

3. Plaintiff's counsel responded that she would further review the stipulation but Plaintiff might object to the exam.

4. On November 3, 2023, I received an email from Plaintiff's counsel which advised that Plaintiff Regge did not agree to the proposed Rule 35 exam.

5. This was the first time that Plaintiff indicated that she would object to a Rule 35 exam.

6. I certify that the Motion is brought in the good faith, zealous representation of my clients, and it not for the purposes of bad faith, delay, or harassment.

I declare under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct.

EXECUTED this 1st day of December 2023.

*/s/ Kathleen Shea*
KATHLEEN C. SHEA