**HONE LAW**
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-608-7814

*Attorneys for Plaintiffs*
*Christina Jordan, Renee Dean, and Wendy Regge*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN,<br><br>Plaintiff<br><br>vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES-VAUGHN, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants | Consolidate for Discovery<br>Case No. 2:21-cv-02228-CDS-NJK<br><br>**STIPULATION AND ORDER TO STAY CASE FOR 30 DAYS**<br><br>**(First Request)** |
| WENDY REGGE,<br><br>Plaintiff<br><br>vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., et al.,<br><br>Defendants | Case No. 2:21-cv-02235-JCM-EJY |
| RENEE DEAN,<br><br>Plaintiff<br><br>vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., et al.<br><br>Defendants. | Case No. 2:22-cv-00141-GMN-NJK |

Plaintiffs Renee Dean ("Dean"), Christina Jordan ("Jordan"), and Wendy Regge ("Regge," and collectively "Plaintiffs") and Defendants Wyndham Vacation Ownership, Inc. ("Wyndham") and Demetrius Barnes-Vaughn ("Barnes-Vaughn," collectively "Defendants"), by and through their respective counsel of record, hereby file this Stipulation and Order to Stay Case for 30 Days (First Request).

1.      On the morning of February 5, 2024, Jill Garcia, Plaintiffs' lead counsel unexpectedly passed away.

2.      While Hone Law is reviewing and diligently working through each of Ms. Garcia's cases, its attorneys and staff are still processing this tragedy and require some time to assess what additional time they need to complete discovery in this case.

3.      In order to allow Hone Law sufficient time to re-staff the matter and determine how quickly they can move forward, the Parties have agreed to stay all proceedings for a period of thirty (30) days.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    4.    On or before March 14, 2024, the Parties will file a joint status report that shall

2  include a proposal for completing discovery in this matter.

3  Dated this 12th day of February 2024.          Dated this 12th day of February 2024.

4  HONE LAW                                        JACKSON LEWIS P.C.

5  /s/Kelly B. Stout                               /s/Kathleen C. Shea
   Kelly B. Stout, NV Bar No. 12105                Kirsten A. Milton, NV State Bar No. 14401
6  kstout@hone.law                                 Kirsten.milton@jacksonlewis.com
   701 N. Green Valley Parkway, Suite 200          300 S. Fourth Street, Ste. 900
7  Henderson, NV 89074                             Las Vegas, Nevada 89101

8  Attorneys for Plaintiffs                        Kathleen C. Shea (admitted Pro Hac Vice)
   Renee Dean, Christina Jordan, and               Kathleen.Shea@jacksonlewis.com
9  Wendy Regge                                     390 N. Orange Avenue, Ste. 1285
                                                   Orlando, Florida 32801

10

11                                                 Attorneys for Defendants
                                                   Wyndham Vacation Ownership, Inc. and
                                                   Demetrius Barnes-Vaughn

12

13                                                 IT IS SO ORDERED.

14

15

16                                                 UNITED STATES DISTRICT JUDGE

17                                                 DATED: ___February 13, 2024___

18

19

20

21

22

23

24

25


26

27

28

3