1 | **HONE LAW**
Kelly B. Stout, NV Bar No. 12105
2 | kstout@hone.law
701 N. Green Valley Parkway, Suite 200
3 | Henderson, NV 89074
Phone  702-608-3720
4 | Fax      702-608-7814

5 | *Attorneys for Plaintiffs*
*Christina Jordan, Renee Dean, and Wendy Regge*

6 |

7 | IN THE UNITED STATES DISTRICT COURT

8 | DISTRICT OF NEVADA

| | |
|---|---|
| 9  CHRISTINA JORDAN, | Consolidate for Discovery |
| 10              Plaintiff | Case No. 2:21-cv-02228-CDS-NJK |
| 11     vs. | **STIPULATION AND ORDER TO CONTINUE STAY FOR ADDITIONAL 60 DAYS** |
| 12  WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES-VAUGHN, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive, | **(Second Request)** |
| 15              Defendants | |
| 16  WENDY REGGE, | |
| 17              Plaintiff | |
| 18     vs. | |
| 19  WYNDHAM VACATION OWNERSHIP, INC., et al., | |
| 20              Defendants | |
| 22  RENEE DEAN, | |
| 23              Plaintiff | |
| 24     vs. | |
| 25  WYNDHAM VACATION OWNERSHIP, INC., et al. | |
| 26              Defendants | |



Pursuant to the Court's February 13, 2024 Order [ECF 106], Plaintiffs Renee Dean ("Dean"), Christina Jordan ("Jordan"), and Wendy Regge ("Regge," and collectively, "Plaintiffs") and Defendants Wyndham Vacation Ownership, Inc. ("Wyndham") and Demetrius Barnes-Vaughn ("Barnes-Vaughn," and collectively, "Defendants"), by and through their respective counsel of record, hereby file this Joint Status Report and Stipulation and Order to Stay Case for Additional 60 Days (Second Request).

1. On the morning of February 5, 2024, Jill Garcia, Plaintiffs' lead counsel, unexpectedly passed away.

2. On February 13, 2024, the Court granted the Parties' stipulation and ordered that this matter be stayed for 30 days, and that a Joint Status Report ("Report") be filed on or before March 14, 2024. [ECF 106.]

3. During the last 30 days, Hone Law has reviewed and assessed each of the more than 40 open cases that Ms. Garcia was handling and determined that it does not have the capacity to continue to represent the three Plaintiffs in this action.

4. Accordingly, Hone Law has informed each of the Plaintiffs that it will need to withdraw from their cases and anticipates filing a Stipulation/Motion to Withdraw as Counsel within the next seven days.

5. While Plaintiffs have already begun searching for new counsel (and Hone Law will continue to assist and facilitate the transition to Plaintiffs' new counsel), Plaintiffs require additional time to retain counsel, allow their new counsel to confer with each Plaintiff, and assess the time that will be required to complete discovery in these three consolidated matters.

6. On March 12, 2024, Plaintiffs' counsel met and conferred with Defendants' counsel and Defendants' counsel confirmed that they have no objection to Hone Law's withdrawal.

7. For the forgoing reasons, the Parties hereby stipulate and agree to continue the stay for an additional 60 days.

///

///

8. The Parties further stipulate and agree that on or before May 13, 2024, the Parties will file a joint status report that shall include a proposal for completing discovery in this matter.

Dated this 13th day of March 2024.

HONE LAW

/s/ Kelly B. Stout
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, Nevada 89074

*Attorneys for Plaintiffs
Renee Dean, Christina Jordan, and
Wendy Regge*

Dated this 13th day of March 2024.

JACKSON LEWIS P.C.

/s/ Kathleen C. Shea
Kirsten A. Milton, NV Bar No. 14401
Kirsten.milton@jacksonlewis.com
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

Kathleen C. Shea (admitted *Pro Hac Vice*)
Kathleen.Shea@jacksonlewis.com
390 N. Orange Avenue, Ste. 1285
Orlando, Florida 32801

*Attorneys for Defendants
Wyndham Vacation Ownership, Inc. and
Demetrius Barnes-Vaughn*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 15, 2024

