# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Christina Jordan, et al., | Case No. 2:21-cv-02228-CDS-NJK |
| Plaintiffs | **Order Denying Motions to Dismiss and Ordering Joint Status Report** |
| v. | |
| Wyndham Vacation Ownership Inc., et al., | [ECF Nos. 74, 75, 76] |
| Defendants | |

On March 15, 2024, I granted the parties' stipulation to continue the previously entered stay for an additional 60 days. ECF No. 109. The stipulation provides that, because of the recent, unexpected loss of plaintiffs' counsel, plaintiffs will need to seek new representation. *Id.* Defendants have no objection to the pending withdrawal. *Id.* Defendants filed three motions to dismiss. ECF Nos. 74, 75, 76. In light of the stay, together with the need for plaintiffs to obtain new counsel, the pending motions **[ECF Nos. 74, 75, 76] are denied without prejudice**.

Once plaintiffs retain new counsel, the parties are directed to meet and confer to determine if this matter should be set for settlement conference; if the motions or the issues raised therein can be resolved without court intervention; or if the motions need to be reactivated. The parties are ordered to file a joint status report setting forth the outcome of their meeting, to include a proposed briefing schedule, if needed, on or before May 31, 2024. In the alternative, the parties may submit this information in the already scheduled May 13, 2024 status report regarding discovery.

Dated: March 19, 2024

_____
Cristina D. Silva
United States District Judge