**HONE LAW**
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax     702-608-7814

*Attorneys for Plaintiff*
*Christina Jordan, Renee Dean, and Wendy Regge*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN,<br><br>             Plaintiff,<br><br>     vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES-VAUGHN, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>             Defendants. | Consolidate for Discovery<br>Case No. 2:21-cv-02228-CDS-NJK<br><br>**STIPULATION AND ORDER FOR HONE LAW TO WITHDRAW AS COUNSEL FOR PLAINTIFFS CHRISTINA JORDAN, RENEE DEAN, AND WENDY REGGE** |
| WENDY REGGE,<br><br>             Plaintiff,<br><br>     vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., et al.,<br><br>             Defendants. | Case No. 2:21-cv-02235-JCM-EJY |
| RENEE DEAN,<br><br>             Plaintiff,<br><br>     vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., et al.<br><br>             Defendants. | Case No. 2:22-cv-00141-GMN-NJK |

1

Pursuant to LR IA 11-6, Hone Law and Plaintiffs Christina Jordan ("Jordan"), Renee Dean ("Dean"), and Wendy Regge ("Regge") (together, "Plaintiffs"), hereby submit this Stipulation and Order for Hone Law to withdraw as counsel for Plaintiffs.

IT IS HEREBY STIPULATED AND AGREED between the Plaintiffs and Hone Law that Hone Law shall withdraw as counsel for Plaintiffs. This Stipulation is submitted and based upon the following:

1. Plaintiffs' lead counsel, Jill Garcia, passed away on February 5, 2024.

2. Hone Law has reviewed and assessed each of the more than 40 open cases that Ms. Garcia was handling and determined that it does not have the capacity to continue represent the three Plaintiffs in this action.

3. Plaintiffs have been informed of the circumstances that require Hone Law to withdraw from their respective cases and agree to the withdrawal of Hone Law.

4. On February 13, 2024, the Court ordered that this matter be stayed for 30 days. [ECF 106.]

5. On March 12, 2024, Plaintiffs' counsel met and conferred with Defendants' counsel and Defendants' counsel stated that they have no objection to the withdrawal of Hone Law. (*See* ECF 107 at ¶ 6.)

6. On March 13, 2024, the Parties filed their Joint Status Report and the Parties stipulated to stay the case for an additional 60 days to allow the three Plaintiffs to retain new counsel. (ECF 108.)

7. The contact information for each Plaintiff is as follows:

Christina Jordan
10369 Cherokee Corner Dr.
Las Vegas, NV 89129
airjordan69@icloud.com
702.358.6080

Renee Dean
18465 SW Stepping Stone Dr. #9
Beaverton, OR 97003
rdean0730@gmail.com
971.282.5399

Wendy Regge
848 N. Rainbow Boulevard #289
Las Vegas, NV 89107
wendyregge@outlook.com
702.686.2746

/ / /



8. Plaintiffs (either in proper person or through their new counsel) shall consult with Defendants' Counsel and the Parties shall file a Joint Status Report on or before May 13, 2024 with proposed dates for completing discovery in this matter. If a notice of appearance is not filed before that time, plaintiffs must notify the court whether they will proceed pro se or retain new counsel.

Dated this __2nd__ day of April 2024.

HONE LAW

*Kelly B. Stout*
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Plaintiffs*
*Christina Jordan, Renee Dean and*
*Wendy Regge*

Dated this _____ day of March 2024.

_____
Renee Dean
*Plaintiff*

Dated this 3-27-24 day of **MARCH 2024**.

_____
Christina Jordan
*Plaintiff*

Dated this _____ day of March 2024.

_____
Wendy Regge
*Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Date:



Doc ID: ed7c48263a4aba8758ff03e9a02b2231c7506c1f

8. Plaintiffs (either in proper person or through their new counsel) shall consult with Defendants' Counsel and the Parties shall file a Joint Status Report on or before May 13, 2024 with proposed dates for completing discovery in this matter. If a notice of appearance is not filed before that time, plaintiffs must notify the court whether they will proceed pro se or retain new counsel.

Dated this _____ day of March 2024.

HONE LAW

_____
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Plaintiffs
Christina Jordan, Renee Dean and
Wendy Regge*

Dated this 03 / 13 / 2024 day of March 2024.

*Renee Dean*
_____
Renee Dean
*Plaintiff*

Dated this _____ day of **MARCH 2024**.

_____
Christina Jordan
*Plaintiff*

Dated this _____ day of March 2024.

_____
Wendy Regge
*Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Date:



Doc ID: 1bb708d2fb8efef66ed3645daa3a390abdf093e6

8. Plaintiffs (either in proper person or through their new counsel) shall consult with Defendants' Counsel and the Parties shall file a Joint Status Report on or before May 13, 2024 with proposed dates for completing discovery in this matter. If a notice of appearance is not filed before that time, plaintiffs must notify the court whether they will proceed pro se or retain new counsel.

Dated this _____ day of March 2024.

HONE LAW

_____
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Plaintiffs*
*Christina Jordan, Renee Dean and*
*Wendy Regge*

Dated this _____ day of March 2024.

_____
Renee Dean
*Plaintiff*

Dated this _____ day of **MARCH 2024**.

_____
Christina Jordan
*Plaintiff*

03 / 14 / 2024
Dated this _____ day of March 2024.

*Wendy Regge* (signature)
_____
Wendy Regge
*Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Date: April 2, 2024

3