Kirsten A. Milton
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com

Kathleen C. Shea
Florida State Bar No. 0102837
**JACKSON LEWIS P.C.**
390 N. Orange Avenue, Suite 1285
Orlando Florida 32801
Tel:  (407) 246-8404
Fax:  (407) 246-8441
kathleen.shea@jacksonlewis.com
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc.*
*and Demetrius Barnes-Vaughn*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN,<br>                    Plaintiff,<br>          vs.<br>WYNDHAM VACATION OWNERSHIP,<br>INC., a Nevada corporation; DEMETRIUS<br>BARNES, an individual; DOES I through X,<br>inclusive; and ROE BUSINESS ENTITIES, I<br>through X, inclusive<br><br>                    Defendants. | **Consolidated for Discovery**<br>**Case No. 2:21-cv-02228-CDS-NJK**<br><br>**STATUS REPORT AND REQUEST TO**<br>**CONTINUE STAY FOR ADDITIONAL 30**<br>**DAYS**<br><br>**(Third Request)** |
| WENDY REGGE,<br>                    Plaintiff,<br>          vs.<br>WYNDHAM VACATION OWNERSHIP,<br>INC., *et al.*,<br>                    Defendants. | Case No. 2:21-cv-02235-JCM-EJY |
| RENEE DEAN,<br>                    Plaintiff,<br>          vs.<br>WYNDHAM VACATION OWNERSHIP,<br>INC., *et al.*,<br>                    Defendants. | Case No. 2:22-cv-00141-GMN-NJK |

Pursuant to the Court's April 3, 2024 Order [ECF No. 112], Defendants Wyndham Vacation

Ownership, Inc. ("Wyndham") and Demetrius Barnes-Vaughn ("Barnes-Vaughn," and collectively

JACKSON LEWIS P.C.
LAS VEGAS

"Defendants"), by and through their respective counsel of record, hereby file this Status Report and Request to Stay Case for Additional 30 Days (Third Request).

1.     On the morning of February 5, 2024, Jill Garcia, Plaintiffs' lead counsel, unexpectedly passed away.

2.     On April 3, 2024, the Court entered an Order allowing Hone Law to withdraw as counsel for Plaintiffs Christina Jordan, Renee Dean, and Wendy Regge. [ECF No. 112].

3.     The Order directed Plaintiff to consult with Defendants' counsel and prepare a Joint Status Report on or before May 13, 2024, with proposed dates for completing discovery in this matter. *Id.*

4.     Plaintiffs were also directed to notify the Court whether they will proceed pro se or retain new counsel. *Id.*

***Christina Jordan***

5.     Defendants emailed Plaintiff Christina Jordan on April 23, 2024, and requested to discuss her intent to retain counsel. *See* **Exhibit A**.

6.     On April 30, 2024, Plaintiff Jordan responded that she was still looking for counsel and requested "another extension so we can continue our search for reputable counsel." *Id.*

7.     On May 7, 2024, Defendants replied that they would agree to extend the stay for 30 days and asked whether Plaintiff Jordan was requesting an extension on behalf of herself or all three Plaintiffs. *Id.*

8.     On May 8, 2024, Defendants called Plaintiff Jordan at her last known telephone number and sent her a follow up email regarding her request for extension. *Id.*

9.     On May 12, 2024, Defendants sent a draft Joint Status Report to Plaintiff Jordan that reflected an agreement to extend the stay for 30 days. *Id.* Defendants asked Plaintiff Jordan whether they could add her electronic signature to the draft Joint Status Report. *Id.*

10.    On May 13, 2024, Defendants called Plaintiff Jordan's last known telephone number and left a voicemail.

11.    Plaintiff Jordan has not communicated with Defendants since April 30, 2024.

12.    Defendants have no objection to continue the stay in proceedings for an additional

30 days to allow Plaintiff Jordan additional time to retain counsel.

***Renee Dean***

13.     On April 23, 30, and May 8, 2024, Defendants emailed Plaintiff Renee Dean, seeking to discuss whether she intended to retain new counsel. *See* **Exhibit B**.

14.     On May 9, 2024, Plaintiff Dean responded that she intended to retain counsel but needed additional time. *Id*.

15.     Defendants advised they would have no objection to a 30-day extension to the stay, and Dean said, "That would be great." *Id*.

16.     On May 12 and 13, Defendants emailed asked Plaintiff Dean to review a draft Joint Status Report that reflected the stipulation to extend the stay in proceedings an additional 30 days. *Id*. Plaintiff Dean did not respond.

17.     Defendants have no objection to continue the stay in proceedings for an additional 30 days to allow Plaintiff Dean additional time to retain counsel.

***Wendy Regge***

18.     Defendants have attempted to contact Plaintiff Wendy Regge multiple times to obtain the information necessary to comply with the Court's Order.

19.     Defendants emailed Plaintiff Regge at her last known email address on April 23, April 29, May 8, and May 9, 2024. *See* **Exhibit C**. Defendants also called Plaintiff Regge's last known cell phone number on May 8, 2024, and left a voicemail.

20.     On May 9, 2024, Defendants sent a letter to Plaintiff Wendy Regge's last known address, which was delivered on Friday, May 10, 2024. *See* **Exhibit D**.

21.     To date, Plaintiff Wendy Regge has not responded to Defendants' call, emails, or letter.

22.     Defendants have not had an opportunity to confer with Plaintiff Wendy Regge regarding her intent to either retain new counsel or proceed pro se.

23.     For the foregoing reasons, Defendants agree to continue the stay for an additional 30 days for Plaintiffs Christina Jordan and Renee Dean.

24.     Defendants do not have a position on whether to continue the stay for an additional

30 days for Plaintiff Wendy Regge.

DATED this 13th day of May, 2024.

_____
Christina Jordan
10369 Cherokee Corner Drive
Las Vegas, NV 89129
Airjordan69@icloud.com
702-358-6080

Renee Dean
18465 SW Stepping Stone Dr. #9
Beaverton, OR 97003
Rdean0730@gmail.com
971-282-5399

_____
Wendy Regee
848 N. Rainbow Boulevard #289
Las Vegas, NV 89107
wendyregge@outlook.com
702-686-2746

JACKSON LEWIS P.C.

_/s/Kathleen C. Shea_____
Kirsten A. Milton, NV State Bar No. 14401
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

Katheen C. Shea, FL State Bar No. 0102837
390 N. Orange Avenue, Ste. 1285
Orlando, Florida 32801
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc. and Demetrius Barnes-Vaughn*

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee Jackson Lewis P.C. and that on this 13th day of May, 2024, I caused to be sent via ECF filing, a true and correct copy of the above and foregoing and emailed to: Christina Jordan at Airjordan69@icloud.com, Renee Dean at Rdean0730@gmail.com and Wendy Regee at wendyregge@outlook.com.

 _/s/ Janet Herrera_
Employee of Jackson Lewis P.C.

4860-1967-0461, v. 1

# EXHIBIT A

**Herrera, Janet (Orlando)**

| | |
|---|---|
| **From:** | Shea, Kathleen C. (Orlando) |
| **Sent:** | Sunday, May 12, 2024 3:14 PM |
| **To:** | Christina Jordan |
| **Cc:** | Milton, Kirsten A. (Chicago) |
| **Subject:** | RE: Jordan, Dean, and Regge v. Wyndham / Joint Status Report - DUE MONDAY - PLEASE RESPOND |
| **Attachments:** | Joint Status Report and Stipulation and Order to Continue Stay for Additional 30 Days (Third Request).docx |
| | |
| **Importance:** | High |

Hi Ms. Jordan,

Please advise ASAP whether we can file the attached Joint Status Report with your electronic signature.

Thank you,



**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

**From:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Sent:** Wednesday, May 8, 2024 6:22 PM
**To:** Christina Jordan <airjordan69@icloud.com>
**Cc:** Milton, Kirsten A. (Chicago) <Kirsten.Milton@jacksonlewis.com>
**Subject:** RE: Jordan, Dean, and Regge v. Wyndham / Joint Status Report

Hi Ms. Jordan,

I just left you a voicemail. Could you please let me know whether you are seeking an extension for yourself, or whether it is for all three Plaintiffs?

Thank you,



**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**

390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Sent:** Tuesday, May 7, 2024 11:26 AM
**To:** Christina Jordan <airjordan69@icloud.com>
**Cc:** Milton, Kirsten A. (Chicago) <Kirsten.Milton@jacksonlewis.com>
**Subject:** RE: Jordan, Dean, and Regge v. Wyndham / Joint Status Report

Good Morning,

Apologies for the delay. We can agree to a 30-day extension. Are you requesting on behalf of yourself or on behalf of all three of the Plaintiffs? If it is all three, I will need confirmation from Ms. Dean and Ms. Regge as well.

Thank you,



**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Christina Jordan <airjordan69@icloud.com>
**Sent:** Tuesday, April 30, 2024 9:28 PM
**To:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Subject:** Re: Jordan, Dean, and Regge v. Wyndham / Joint Status Report




Hi Miss Shea,

I have not obtained councel as of yet .I am still looking for an attorney that is capable to handle the case in such extenuating circumstances... The attorneys they I have reached out to have been so backed up with current clients and time is not on our side. Are we able to get another extension so we can continue our search for reputable counsel?


On Apr 23, 2024, at 11:14 AM, Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com> wrote:

Ms. Jordan,

I am one of the defense attorneys for Wyndham in the above-referenced matter. Attached please find a copy of the Court's Order granting Stipulation for Hone Law to Withdraw as Counsel. According to the Order, the Parties are required to file a Joint Status Report on or before May 13, 2024. Could you please let me know if you have retained counsel or intend to retain counsel? If not, I'd like to set up a call within the next week or two so we can discuss the remaining discovery deadlines.

Thank you,

**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

<2024.04.03 [0112] ORDER granting [111] Stipulation for Attorney Jill Garcia to Withdraw from Case. Joint Status Report.pdf>

# EXHIBIT B

**Herrera, Janet (Orlando)**

| | |
|---|---|
| **From:** | Shea, Kathleen C. (Orlando) |
| **Sent:** | Sunday, May 12, 2024 3:15 PM |
| **To:** | Renee Dean |
| **Cc:** | Milton, Kirsten A. (Chicago) |
| **Subject:** | RE: Jordan, Dean, and Regge v. Wyndham / Joint Status Report - DUE MONDAY - PLEASE RESPOND |
| **Attachments:** | Joint Status Report and Stipulation and Order to Continue Stay for Additional 30 Days (Third Request).docx |

Ms. Dean,

Please advise whether we can add your electronic signature to the attached joint status report. We need to file this on Monday.

Thank you,



### Kathleen C. Shea
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

**From:** Renee Dean <rdean0730@gmail.com>
**Sent:** Thursday, May 9, 2024 1:51 PM
**To:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Subject:** Re: Jordan, Dean, and Regge v. Wyndham / Joint Status Report


That would be great,. Just in case.
Again, thank you

On Thu, May 9, 2024, 10:47 AM Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com> wrote:

Ok, thank you for letting me know. We would have no objection to a 30-day extension to allow you more time to get an attorney. If that works, I can put that in the Joint Status Report.



Thank you,

1



**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Renee Dean <rdean0730@gmail.com>
**Sent:** Thursday, May 9, 2024 1:45 PM
**To:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Subject:** Re: Jordan, Dean, and Regge v. Wyndham / Joint Status Report

I do intend to. Getting someone is a different story. My goal is to call a couple of more today and early next week that I think might be retainable.

I will let you know.

Thank you for your patience

On Thu, May 9, 2024, 7:17 AM Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com> wrote:

That's the number I have. It did not ring for some reason.

I believe you're on PT. Are you able to give me a call today between 9am – 11am or 1pm-2pm PT? If so, please let me know what specific time you can call. I will make sure I am available.

If you're not able to talk on the phone, could you please let me know whether you have or intend to retain new counsel?

**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Renee Dean <rdean0730@gmail.com>
**Sent:** Wednesday, May 8, 2024 11:21 PM
**To:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Subject:** Re: Jordan, Dean, and Regge v. Wyndham / Joint Status Report

9712825399

On Wed, May 8, 2024, 3:23 PM Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com> wrote:

Hi Ms. Dean,

I just tried to call you, but the phone number I was provided is out of service. I have tried to contact you a few times about your case. Could you please either respond to my email or give me a call when you have a chance? The Court has ordered us to confer about the remaining deadlines in this case.

Thank you,

**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

**From:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Sent:** Monday, April 29, 2024 12:20 PM
**To:** rdean0730@gmail.com
**Cc:** Milton, Kirsten A. (Chicago) <Kirsten.Milton@jacksonlewis.com>; Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>
**Subject:** RE: Jordan, Dean, and Regge v. Wyndham / Joint Status Report

Ms. Dean,

Just following up on the email below. Could you please give me a call so we can discuss your case and comply with the Court Order? If you have retained counsel, please let me know and I will confer with her/him.

Thank you,

## Kathleen C. Shea
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

**From:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Sent:** Tuesday, April 23, 2024 2:15 PM
**To:** rdean0730@gmail.com
**Cc:** Milton, Kirsten A. (Chicago) <Kirsten.Milton@jacksonlewis.com>; Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>
**Subject:** Jordan, Dean, and Regge v. Wyndham / Joint Status Report

Ms. Dean,

I am one of the defense attorneys for Wyndham in the above-referenced matter. Attached please find  a copy of the Court's Order granting Stipulation for Hone Law to Withdraw as Counsel. According to the Order, the Parties are

4

required to file a Joint Status Report on or before May 13, 2024. Could you please let me know if you have retained counsel or intend to retain counsel? If not, I'd like to set up a call within the next week or two so we can discuss the remaining discovery deadlines.

Thank you,

**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

# EXHIBIT C

**Herrera, Janet (Orlando)**

| | |
|---|---|
| **From:** | Shea, Kathleen C. (Orlando) |
| **Sent:** | Thursday, May 9, 2024 1:44 PM |
| **To:** | wendyregge@outlook.com |
| **Cc:** | Milton, Kirsten A. (Chicago); Wright, Kelly J. (Orlando) |
| **Subject:** | RE: Jordan, Dean, and Regge v. Wyndham / Joint Status Report |
| **Attachments:** | Ltr to Wendy Regge - Joint Status Report.pdf |

Hi Ms. Regge,

Attached is a copy of a letter we are mailing to your last known address. Could you please contact me at your earliest convenience?

Thank you,



### Kathleen C. Shea
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

**From:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Sent:** Wednesday, May 8, 2024 6:24 PM
**To:** wendyregge@outlook.com
**Cc:** Milton, Kirsten A. (Chicago) <Kirsten.Milton@jacksonlewis.com>; Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>
**Subject:** RE: Jordan, Dean, and Regge v. Wyndham / Joint Status Report

Hi Ms. Regge,

I just left you a voicemail. I have tried to reach you a few times about this case. Could you please respond to my email or give me a call when you have a chance? As you know, the Court has ordered us to confer about the remaining deadlines in this case. Please let me know if you have retained counsel.

Thank you,



### Kathleen C. Shea
Attorney at Law

**Jackson Lewis P.C.**

390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

**From:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Sent:** Monday, April 29, 2024 12:20 PM
**To:** wendyregge@outlook.com
**Cc:** Milton, Kirsten A. (Chicago) <Kirsten.Milton@jacksonlewis.com>; Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>
**Subject:** RE: Jordan, Dean, and Regge v. Wyndham / Joint Status Report

Ms. Regge,

Just following up on the email below. Could you please give me a call so we can discuss your case and comply with the Court Order? If you have retained counsel, please let me know and I will confer with her/him.

Thank you,



**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

**From:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Sent:** Tuesday, April 23, 2024 2:16 PM
**To:** wendyregge@outlook.com
**Cc:** Milton, Kirsten A. (Chicago) <Kirsten.Milton@jacksonlewis.com>; Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>
**Subject:** Jordan, Dean, and Regge v. Wyndham / Joint Status Report

Ms. Regge,

I am one of the defense attorneys for Wyndham in the above-referenced matter. Attached please find  a copy of the Court's Order granting Stipulation for Hone Law to Withdraw as Counsel. According to the Order, the Parties are required to file a Joint Status Report on or before May 13, 2024. Could you please let me know if you have retained counsel or intend to retain counsel? If not, I'd like to set up a call within the next week or two so we can discuss the remaining discovery deadlines.

Thank you,



**Kathleen C. Shea**

Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

# EXHIBIT D

# JacksonLewis

Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 803-2550 Direct
kirsten.milton@jacksonlewis.com

Jackson Lewis P.C.
390 N. Orange Ave., Suite 1285
Orlando, FL 38201
(407) 246-8404 Direct
kathleen.shea@jacksonlewis.com

May 9, 2024

**VIA FEDERAL EXPRESS AND EMAIL**

Ms. Wendy Regge
848 N. Rainbow Boulevard, #289
Las Vegas, NV 89107
wendyregge@outlook.com

Re:     *Jordan et al. v. Wyndham Vacation Ownership, Inc.
        et al.*
        Case No. 2:21-cv-02228-CDS-NJK (D. Nev. 2021)

Dear Ms. Regge:

We represent Wyndham Vacation Ownership, Inc. ("Wyndham") in the above-referenced matter. As you know, on April 3, 2024, the Court ordered the Parties to file a Joint Status Report on or before May 13, 2024 that includes proposed dates for completing discovery in this case. The Joint Status Report also needs to address whether you and/or the other Plaintiffs intend to proceed pro se (without counsel) or retain new counsel.

I have tried to contact you multiple times to discuss your case and obtain the information necessary to comply with the Court's Order. I emailed you on April 23, April 29, and May 8, 2024. I also called your last known cell phone number on May 8, 2024 and left you a voicemail. So far, you have not responded to my call or emails. Please contact me at my direct line, (407) 246-8404 or by email, kathleen.shea@jacksonlewis.com, so we can prepare the Joint Status Report.

Thank you,

JACKSON LEWIS P.C.

Katheen C. Shea
Kirsten A. Milton

KCS/jh

4877-0353-4781, v. 1



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

**Herrera, Janet (Orlando)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, May 10, 2024 2:15 PM |
| **To:** | Shea, Kathleen C. (Orlando) |
| **Subject:** | FedEx Shipment 274467823619: Your package has been delivered |





# Hi. Your package was delivered Fri, 05/10/2024 at 11:07am.



Delivered to 848 N RAINBOW BLVD, LAS VEGAS, NV 89107
Received by L.HERNANDEZ

**OBTAIN PROOF OF DELIVERY**

How was your delivery ?

    

# Personal Message

PSShip eMail Notification

| | |
|---|---|
| **TRACKING NUMBER** | 274467823619 |
| **FROM** | Jackson Lewis P.C. |
| | 390 N. Orange Avenue, Suite 1285 |
| | Orlando, FL, US, 32801 |
| **TO** | Wendy Regge |
| | 848 N RAINBOW BLVD |
| | LAS VEGAS, NV, US, 89107 |
| **REFERENCE** | 503589 |
| **SHIPPER REFERENCE** | 503589 |
| **SHIP DATE** | Thu 5/09/2024 06:14 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Orlando, FL, US, 32801 |
| **DESTINATION** | LAS VEGAS, NV, US, 89107 |
| **SPECIAL HANDLING** | Deliver Weekday |
| | Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |



# Absolutely, positively committed to you

Every delivery deserves extra care. Even if it means one of our drivers takes on the role of ringbearer for a customer's wedding. We'll work to make your next delivery special too.

**WATCH FEDEX IN ACTION**

## This tracking update has been requested by:

| | |
|---|---|
| **Company name:** | Jackson Lewis P.C. |
| **Name:** | Kathleen Shea |
| **Email:** | Kathleen.Shea@jacksonlewis.com |

**FOLLOW FEDEX**



Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:14 PM CDT 05/10/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.