Kirsten A. Milton
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com

Kathleen C. Shea
Florida State Bar No. 0102837
**JACKSON LEWIS P.C.**
390 N. Orange Avenue, Suite 1285
Orlando Florida 32801
Tel:  (407) 246-8404
Fax:  (407) 246-8441
kathleen.shea@jacksonlewis.com
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc.
and Demetrius Barnes-Vaughn*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN,<br>　　　　Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive<br>　　　　Defendants. | **Consolidated for Discovery**<br>**Case No. 2:21-cv-02228-CDS-NJK**<br><br>**SUPPLEMENT TO STATUS REPORT AND REQUEST TO CONTINUE STAY FOR ADDITIONAL 30 DAYS**<br><br>**(Third Request)** |
| WENDY REGGE,<br>　　　　Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al.*,<br>　　　　Defendants. | Case No. 2:21-cv-02235-JCM-EJY |
| RENEE DEAN,<br>　　　　Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al.*,<br>　　　　Defendants. | Case No. 2:22-cv-00141-GMN-NJK |

Pursuant to the Court's April 3, 2024 Order [ECF No. 112], Defendants Wyndham Vacation Ownership, Inc. ("Wyndham") and Demetrius Barnes-Vaughn ("Barnes-Vaughn," and collectively

"Defendants"), by and through their respective counsel of record, hereby file this Supplement to Status Report and Request to Stay Case for Additional 30 Days (Third Request).

1. Defendants filed a Status Report and Request to Continue Stay for Additional 30 Days on May 13, 2024. [ECF No. 113].

2. At 6:15 p.m.,[1] Plaintiff Wendy Regge emailed undersigned counsel and stated, "We need an extension for hiring an attorney." *See* **Exhibit A**.

3. On May 14, 2024, Defendants called Plaintiff Regge to discuss her request for extension. Defendants also sent Plaintiff Regge a follow up email. *Id*.

4. Defendants do not object to extend the stay in discovery for an additional 30 days.

DATED this 15th day of May, 2024.

JACKSON LEWIS P.C.

*/s/Kathleen C. Shea*
Kirsten A. Milton, NV State Bar No. 14401
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

Katheen C. Shea, FL State Bar No. 0102837
390 N. Orange Avenue, Ste. 1285
Orlando, Florida 32801
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc.*
*and Demetrius Barnes-Vaughn*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee Jackson Lewis P.C. and that on this 15th day of May, 2024, I caused to be sent via ECF filing, a true and correct copy of the above and foregoing and emailed to: Christina Jordan at Airjordan69@icloud.com, Renee Dean at Rdean0730@gmail.com and Wendy Regee at wendyregge@outlook.com.

 */s/ Janet Herrera*
Employee of Jackson Lewis P.C.

4854-4190-9182, v. 1

---

[1] Undersigned counsel is located in Orlando, Florida and received Regge's email 9:15 p.m. local time.

# EXHIBIT A

# Herrera, Janet (Orlando)

| | |
|---|---|
| **From:** | Shea, Kathleen C. (Orlando) |
| **Sent:** | Tuesday, May 14, 2024 2:13 PM |
| **To:** | Wendy Regge |
| **Cc:** | Milton, Kirsten A. (Chicago) |
| **Subject:** | RE: Jordan, Dean, and Regge v. Wyndham / Joint Status Report |

Hi Ms. Regge,

I just tried calling you. We would have no objection to a 30 day extension.

Thank you,



**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

**From:** Wendy Regge <wendyregge@outlook.com>
**Sent:** Monday, May 13, 2024 9:15 PM
**To:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Subject:** Re: Jordan, Dean, and Regge v. Wyndham / Joint Status Report



We need an extension for hiring an attorney

Wendy Regge
702-686-2746

> On May 8, 2024, at 3:24 PM, Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com> wrote:
>
> Hi Ms. Regge,
>
> I just left you a voicemail. I have tried to reach you a few times about this case. Could you please respond to my email or give me a call when you have a chance? As you know, the Court has ordered us to confer about the remaining deadlines in this case. Please let me know if you have retained counsel.
>
> Thank you,

1



**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

**From:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Sent:** Monday, April 29, 2024 12:20 PM
**To:** wendyregge@outlook.com
**Cc:** Milton, Kirsten A. (Chicago) <Kirsten.Milton@jacksonlewis.com>; Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>
**Subject:** RE: Jordan, Dean, and Regge v. Wyndham / Joint Status Report

Ms. Regge,

Just following up on the email below. Could you please give me a call so we can discuss your case and comply with the Court Order? If you have retained counsel, please let me know and I will confer with her/him.

Thank you,



**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

**From:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>
**Sent:** Tuesday, April 23, 2024 2:16 PM
**To:** wendyregge@outlook.com
**Cc:** Milton, Kirsten A. (Chicago) <Kirsten.Milton@jacksonlewis.com>; Wright, Kelly J. (Orlando) <Kelly.Wright@jacksonlewis.com>
**Subject:** Jordan, Dean, and Regge v. Wyndham / Joint Status Report

Ms. Regge,

I am one of the defense attorneys for Wyndham in the above-referenced matter. Attached please find a copy of the Court's Order granting Stipulation for Hone Law to Withdraw as Counsel. According to the Order, the Parties are required to file a Joint Status Report on or before May 13, 2024. Could you please let me know if you have retained counsel or intend to retain counsel? If not, I'd like to set up a call within the next week or two so we can discuss the remaining discovery deadlines.

Thank you,



**Kathleen C. Shea**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com