UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Christina Jordan, et al., <br><br> Plaintiffs <br><br> v. <br><br> Wyndham Vacation Ownership Inc., et al., <br><br> Defendants | Case No. 2:21-cv-02228-CDS-NJK <br><br> **Order Granting Request to Extend Stay** <br><br> [ECF Nos. 113, 114] |

Defendants Wyndham Vacation Ownership, Inc. and Demetrius Barnes-Vaughn filed a status report and request to continue stay an additional 30-day stay (ECF No. 113) and a supplement to the same (ECF No. 114). The first stay of this case was implemented after the court granted the parties' stipulation to stay following the unexpected loss of plaintiffs Christina Jordan, Renee Dean, and Wendy Regge's counsel. ECF No. 106. The court stayed the case for 30 days. *Id.* At the end of the thirty days, the court granted the parties' second stipulation—extending the stay to May 13, 2024—to allow plaintiffs time to retain new counsel. ECF No. 109. The parties were ordered to file a joint status report, including a proposal for completing discovery by May 13, 2024. *Id.* In compliance with that order, defendants filed a status report and a request to continue the stay for an additional 30 days. ECF No. 113. According to the report, plaintiffs are still in the process of finding new representation. *Id.*; ECF No. 114. Defendants do not oppose extending the stay to allow plaintiffs the opportunity to retain counsel. *Id.*

Therefore, it is ordered that the stay in this case is extended to June 17, 2024, to permit plaintiffs to retain new counsel. If no attorney enters an appearance on plaintiffs' behalf by that date, the parties will be required to appear for a status conference.

Dated: May 15, 2024

_____
Cristina D. Silva
United States District Judge