Your name: Christina Jordan
Address: 10369 Cherokee Corner Ave
Las Vegas Nevada 89129
Phone Number: 702-358-6080
E-mail Address: Airjordan69@icloud.com
Pro se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Christina Jordan | Case Number: 2:21-cv-02228-CDS-NJK |
| *[Name]* | |
| Plaintiff, | **NOTICE OF CHANGE OF** *[check box]*: |
| vs. | ☒ **ADDRESS** |
| Wyndham Vacation Ownership Demetrius Barnes | ☐ **PHONE NUMBER** |
| | ☐ **EMAIL** |
| Defendant. | |

As of *[date of change]* 6-14-24,
my contact information has changed *[check box and fill in]*:

☒ Address: 7277 Mer Soliel Ct
Las Vegas Nevada 89118

☐ Phone number: _____

☐ Email: _____

Date: 6-14-24    Signature: *[signature]*
Printed name: Christina Jordan
Pro Se

PAGE ___ OF ___