NOTC
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
P: 702.333.4223
F: 702.507.1468
pkang@acelawgroup.com
filing@acelawgroup.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA JORDAN, an Individual; RENEE DEAN, an Individual; and WENDY REGGE, an Individual<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada Corporation; DEMETRIUS BARNES, an Individual; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02228-CDS-NJK<br><br>**NOTICE OF APPEARANCE** |

[1]

# NOTICE OF APPEARANCE

COMES NOW, Patrick W. Kang, Esq., Kyle R. Tatum, Esq., Christian Z. Smith, Esq., Adam L. Gill, Esq., and Paul H. Wolfram, Esq. of the law firm of Kang & Associates, PLLC., and hereby enters their appearance as attorneys of record for Christina Jordan, Renee Dean, and Wendy Regge, Plaintiffs in the above-entitled matter.

Copies of all notices, pleadings and documents shall be served upon Kang & Associates, PLLC. at the following address:

6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
P: 702.333.4223
F: 702.507.1468
pkang@acelawgroup.com
filing@acelawgroup.com

DATED this 27th day June 2024.

**KANG & ASSOCIATES, PLLC**

/s/ *Patrick W. Kang, Esq.*
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
702.333.4223
*Attorneys for Plaintiff*

[2]