1  Kirsten A. Milton
   Nevada State Bar No. 14401
2  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
4  Fax: (702) 921-2461
   kirsten.milton@jacksonlewis.com
5
   Kathleen C. Shea
6  Florida State Bar No. 0102837
   **JACKSON LEWIS P.C.**
7  390 N. Orange Avenue, Suite 1285
   Orlando Florida 32801
8  Tel:  (407) 246-8404
   Fax:  (407) 246-8441
9  kathleen.shea@jacksonlewis.com
   *Appearing Pro Hac Vice*
10
   Attorneys for Defendants
11 *Wyndham Vacation Ownership, Inc.*
   *and Demetrius Barnes-Vaughn*
12

13                **UNITED STATES DISTRICT COURT**

14                       **DISTRICT OF NEVADA**

| | |
|---|---|
| 15  CHRISTINA JORDAN, | **Consolidated for Discovery** |
| 16               Plaintiff | **Case No. 2:21-cv-02228-CDS-NJK** |
| 17       vs. | |
| 18  WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive | **STIPULATION AND ORDER TO DISMISS COUNTS IV AND V OF JORDAN'S AMENDED COMPLAINT, V AND VI OF REGGE'S AMENDED COMPLAINT AND III AND IV OF DEAN'S AMENDED COMPLAINT** |
| 19  | |
| 20  | |
| 21               Defendants | |
| 22  WENDY REGGE,  Plaintiff | [ECF No. 125] |
| 23       vs. | |
|     WYNDHAM VACATION OWNERSHIP, | |
| 24  INC., *et al.*, | |
|                  Defendants | |
| 25  RENEE DEAN, | |
|                  Plaintiff | |
| 26       vs. | |
|     WYNDHAM VACATION OWNERSHIP, | |
| 27  INC., *et al.*, | |
|                  Defendants | |
| 28  | |

Plaintiffs Christina Jordan ("Jordan"), Renee Dean ("Dean"), and Wendy Regge ("Regge") (together, "Plaintiffs"), and Defendants Wyndham Vacation Ownership, Inc. ("Wyndham") and Demetrius Barnes-Vaughn ("Barnes-Vaughn" and collectively with Jordan, Dean, Regge, and Wyndham, the "Parties"), by and through undersigned counsel, hereby file this Stipulation and Order to Dismiss Counts IV and V of Jordan's Amended Complaint, V and VI of Regge's Amended Complaint, and III and IV of Dean's Amended Complaint, with prejudice.

IT IS HEREBY STIPULATED AND AGREED between the Parties:

1. Plaintiff Renee Dean shall dismiss Counts III and IV of her Amended Complaint with prejudice [ECF No. 68].

2. Plaintiff Christina Jordan shall dismiss Counts IV and V of her Amended Complaint with prejudice [ECF No. 69].

3. Plaintiff Wendy Regge shall dismiss Counts V and VI of her Amended Complaint with prejudice [ECF No. 70].

4. With the agreed-upon dismissal of the aforementioned counts, the Parties acknowledge that Barnes-Vaughn is no longer a defendant in the above captioned lawsuits.

Dated this 28th day of August 2024.    Dated this 28th day of August 2024.

Kang & Associates, PLLC
6480 W. Spring Mountain Rd., Suite 1
Las Vegas, NV 89146

JACKSON LEWIS P.C.

*/s/ Paul H. Wolfram*
Patrick W. Kang, NV State Bar No. 10381
pkang@acelawgroup.com

Kyle R. Tatum, NV State Bar No. 13264
ktatum@acelawgroup.com

Paul H. Wolfram, NV State Bar No. 16025
pwolfram@acelawgroup.com

Christian Z. Smith, NV State Bar No. 8266
csmith@acelawgroup.com

Adam L. Gill, NV State Bar No. 11575

*/s/ Kathleen C. Shea*
Kirsten A. Milton, NV State Bar No. 14401
kirsten.milton@jacksonlewis.com
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

Katheen C. Shea, FL State Bar No. 0102837
390 N. Orange Avenue, Ste. 1285
Orlando, Florida 32801
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc.*
*Demetrius Barnes-Vaughn*

agill@acelawgroup.com

Attorneys for Plaintiffs
*Christina Jordan, Wende Regge,
and Renee Dean*

## ORDER

Based on the parties' stipulation, it is ordered that:

Count III, alleging intentional infliction of emotional distress, and count IV, alleging negligent hiring, supervision, retention and/or training, are dismissed from plaintiff Renee Dean's amended complaint with prejudice;

Count IV, alleging intentional infliction of emotional distress, and count V, alleging negligent hiring, supervision, retention and/or training, are dismissed from plaintiff Christina Jordan's amended complaint with prejudice;

Count V, alleging intentional infliction of emotional distress, and count VI, alleging negligent hiring, supervision, retention and/or training, are dismissed from plaintiff Wendy Regge's amended complaint with prejudice; and

Defendant Demetrius Barnes-Vaughn is dismissed. The Clerk of Court is kindly instructed to terminated this defendant.

United States District Judge

Dated: September 4, 2024