**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**KANG & ASSOCIATES, PLLC**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA JORDAN, et al., <br><br> Plaintiffs <br><br> vs. <br><br> WYNDHAM VACATION OWNERSHIP, INC., <br><br> Defendant | **Consolidated for Discovery** <br><br> **Case No. 2:21-cv-02228-CDS-NJK** <br><br> **STIPULATION AND ORDER TO STAY THE CASE FOR 90 DAYS** <br><br> **(First Request)** <br><br> [ECF No. 127] |

Plaintiffs Renee Dean ("Dean"), Christina Jordan ("Jordan") and Wendy Regge ("Regge," collectively "Plaintiffs") and Defendant Wyndham Vacation Ownership, Inc. ("Defendant"), by and through their respective counsel of record, hereby file this Stipulation and Order to Stay the Case for 90 days (First Request).

1. The Parties have agreed to mediate this case on December 9, 2024.

2. In the interest of preserving costs for continuing discovery and trial preparation, and in the interest of judicial economy, the Parties have agreed to stay all proceedings for a period of ninety (90) days.

3. If the Parties do not resolve this case at mediation, the Parties will file a joint status report, on or before December 16, 2024, that shall include a proposal for completing discovery in this matter.

The stipulation is not made for the purposes of delay and will not prejudice any party. Rather, a stay of the proceedings is appropriate to conserve the resources of the Parties and the Court, aiding in the just, speedy, and inexpensive resolution of this action.

So Stipulated,

DATED this 17th day of October 2024.

/s/ *Patrick W. Kang, Esq.*
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

So Stipulated,

DATED this 17th day of October 2024.

/s/ Kathleen C. Shea, Esq.
**KIRSTEN A. MILTON, ESQ.**
Nevada Bar No.: 14401
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
**KATHLEEN C. SHEA, ESQ.**
Florida Bar No.: 0102837
390 N. Orange Avenue, Ste. 1285
Orlando, Florida 32801
**JACKSON LEWIS, P.C.**
*Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation, this matter is stayed until January 17, 2025. The parties must file a joint status report regarding the status of mediation on or before December 16, 2024. If this case does not resolve at mediation, the stay will be automatically lifted on December 16, 2024, and the parties' joint status report must include a proposal for completing discovery in this matter.

Dated: October 17, 2024

_____
Cristina D. Silva
United States District Judge