1    Kirsten A. Milton
     Nevada State Bar No. 14401
2    **JACKSON LEWIS P.C.**
     300 S. Fourth Street, Suite 900
3    Las Vegas, Nevada 89101
     Tel: (702) 921-2460
4    Fax: (702) 921-2461
     kirsten.milton@jacksonlewis.com
5
     Kathleen C. Shea
6    Florida State Bar No. 0102837
     **JACKSON LEWIS P.C.**
7    390 N. Orange Avenue, Suite 1285
     Orlando Florida 32801
8    Tel:  (407) 246-8404
     Fax:  (407) 246-8441
9    Kathleen.shea@jacksonlewis.com
     *Appearing Pro Hac Vice*
10
     Attorneys for Defendants
11   *Wyndham Vacation Ownership, Inc.*
     *and Demetrius Barnes-Vaughn*
12

13                **UNITED STATES DISTRICT COURT**

14                      **DISTRICT OF NEVADA**

15   CHRISTINA JORDAN,                    | **Consolidated for Discovery**
16            Plaintiff,                  | **Case No. 2:21-cv-02228-CDS-NJK**
              vs.
17   WYNDHAM VACATION OWNERSHIP,          | **JOINT STATUS REPORT**
     INC., a Nevada corporation; DEMETRIUS
18   BARNES, an individual; DOES I through X,
     inclusive; and ROE BUSINESS ENTITIES, I
19   through X, inclusive
20            Defendants.
                                          Case No. 2:21-cv-02235-JCM-EJY
21   WENDY REGGE,
              Plaintiff,
22            vs.
     WYNDHAM VACATION OWNERSHIP,
23   INC., *et al.*,
              Defendants.
24   RENEE DEAN,                          Case No. 2:22-cv-00141-GMN-NJK
              Plaintiff,
25            vs.
     WYNDHAM VACATION OWNERSHIP,
26   INC., *et al.*,
              Defendants.

27        Pursuant to the Court's October 17, 2024 Order [ECF No. 128], Plaintiffs Christina Jordan

28   ("Jordan"), Wendy Regge ("Regge"), and Renee Dean ("Dean") (collectively, the "Plaintiffs"), and

JACKSON LEWIS P.C.
    LAS VEGAS

Defendant Wyndham Vacation Ownership, Inc. ("Wyndham")[1], by and through their respective counsel of record, hereby file this Status Report.

1. This matter was scheduled for mediation on December 9, 2024.

2. On October 28, 2024, Plaintiffs' counsel advised Defendant's counsel that it was scheduled for trial starting December 2, 2024 and needed to reschedule the mediation.

3. The Parties agreed to reschedule mediation for January 8, 2025 with Retired Hon. Peggy A. Leen.

4. If the Parties do not resolve this case at mediation, the Parties will file a joint status report, on or before January 15, 2025, that shall include a proposal for completing discovery in this matter.

DATED this 16th day of December, 2024.

JACKSON LEWIS P.C.

*/s/ Kathleen C. Shea*
Kirsten A. Milton, NV State Bar No. 14401
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

Katheen C. Shea, FL State Bar No. 0102837
390 N. Orange Avenue, Ste. 1285
Orlando, Florida 32801
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc.*
*and Demetrius Barnes-Vaughn*

[1] Plaintiffs dismissed all claims against Defendant Demetrius Barnes-Vaughn on September 4, 2024 (ECF No. 126).

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I am an employee Jackson Lewis P.C. and that on this 16th day of December, 2024, I caused to be sent via ECF filing, a true and correct copy of the above and foregoing **Joint Status Report** properly addressed to the following:

Patrick W. Kang, Esq.
Kyle R. Tatum, Esq.
Paul H. Wolfram, Esq.
Christian Z. Smith, Esq.
Adam L. Gill, Esq.
Paul H. Hoffman, Esq.
Kang & Associates, PLLC
6480 W. Spring Mountain Rd., Suite 1
Las Vegas, NV 89146

 */s/ Janet Herrera*
Employee of Jackson Lewis P.C.

4931-5264-5893, v. 1

JACKSON LEWIS P.C.
LAS VEGAS

-3-