Kirsten A. Milton
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com

Kathleen C. Shea
Florida State Bar No. 0102837
**JACKSON LEWIS P.C.**
390 N. Orange Avenue, Suite 1285
Orlando Florida 32801
Tel:  (407) 246-8404
Fax:  (407) 246-8441
Kathleen.shea@jacksonlewis.com
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc.*
*and Demetrius Barnes-Vaughn*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN,<br>            Plaintiff,<br>      vs.<br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive<br><br>            Defendants. | **Consolidated for Discovery**<br>**Case No. 2:21-cv-02228-CDS-NJK**<br><br>**JOINT STATUS REPORT** |
| WENDY REGGE,<br>            Plaintiff,<br>      vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al.*,<br>            Defendants. | Case No. 2:21-cv-02235-JCM-EJY |
| RENEE DEAN,<br>            Plaintiff,<br>      vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al.*,<br>            Defendants. | Case No. 2:22-cv-00141-GMN-NJK |

Pursuant to the Court's December 23, 204 Order [ECF No. 130], Plaintiffs Christina Jordan

("Jordan"), Wendy Regge ("Regge"), and Renee Dean ("Dean") (collectively, the "Plaintiffs"), and

Defendant Wyndham Vacation Ownership, Inc. ("Wyndham")[1], by and through their respective counsel of record, hereby file this Status Report.

   1.  The Parties mediated this case on January 8, 2025.

   2.  The Parties resolved all three cases and are in the process of finalizing and executing the settlement agreements.

   DATED this 15th day of January, 2025.

                JACKSON LEWIS P.C.


                */s/ Kathleen C. Shea*
                Kirsten A. Milton, NV State Bar No. 14401
                300 S. Fourth Street, Ste. 900
                Las Vegas, Nevada 89101

                Katheen C. Shea, FL State Bar No. 0102837
                390 N. Orange Avenue, Ste. 1285
                Orlando, Florida 32801
                *Appearing Pro Hac Vice*

                Attorneys for Defendants
                *Wyndham Vacation Ownership, Inc.*
                *and Demetrius Barnes-Vaughn*

---

[1] Plaintiffs dismissed all claims against Defendant Demetrius Barnes-Vaughn on September 4, 2024 (ECF No. 126).

1

## <u>CERTIFICATE OF SERVICE</u>

2

3        I hereby certify that I am an employee Jackson Lewis P.C. and that on this 15th day of

4    January, 2025, I caused to be sent via ECF filing, a true and correct copy of the above and

     foregoing **Joint Status Report** properly addressed to the following:

5

6    Patrick W. Kang, Esq.
     Kyle R. Tatum, Esq.
7    Paul H. Wolfram, Esq.
     Christian Z. Smith, Esq.
8    Adam L. Gill, Esq.
     Paul H. Hoffman, Esq.
9    Kang & Associates, PLLC
     6480 W. Spring Mountain Rd., Suite 1
10   Las Vegas, NV 89146

11

12                                              _/s/ Janet Herrera_____
                                                Employee of Jackson Lewis P.C.
13

14   4921-3343-3872, v. 1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JACKSON LEWIS P.C.
LAS VEGAS