Kirsten A. Milton
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com

Kathleen C. Shea
Florida State Bar No. 0102837
**JACKSON LEWIS P.C.**
390 N. Orange Avenue, Suite 1285
Orlando Florida 32801
Tel: (407) 246-8404
Fax: (407) 246-8441
kathleen.shea@jacksonlewis.com
*Appearing Pro Hac Vice*

Attorneys for Defendant
*Wyndham Vacation Ownership, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA JORDAN,<br>        Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive<br><br>        Defendants. | **Case No. 2:21-cv-02228-CDS-NJK**<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| WENDY REGGE,<br>        Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., et al.,<br>        Defendants. | |
| RENEE DEAN,<br>        Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., et al.,<br>        Defendants. | |

Plaintiff, CHRISTINA JORDAN, and Defendant, WYNDHAM VACATION OWNERSHIP, INC. by and through their undersigned counsel and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice, of all claims

brought by Plaintiff in this matter (including Case Nos. 2:21-cv-02235-JCM-EJY and Case No. 2:22-cv-00141-GMN-NJK). The parties have entered into and executed a Settlement Agreement and General Release, pursuant to which all pending claims brought by Plaintiff against Defendant have been fully resolved. Accordingly, each party shall bear their own attorneys' fees and costs.

DATED this 13th day of March, 2025.

Respectfully submitted,

KANG & ASSOCIATES, PLLC D/B/A ACE LAW GROUP

*/s/ Paul H. Wolfram*
Patrick W. Kang, NV State Bar No. 10381
Kyle R. Tatum, NV State Bar No. 13264
Paul H. Wolfram, NV State Bar No. 16025
Christian Z. Smith, NV State Bar No. 8266
Adam L. Gill, NV State Bar No. 11575
6480 W. Spring Mountain Rd., Suite 1
Las Vegas, NV 89146

Attorneys for Plaintiff
*Christina Jordan*

JACKSON LEWIS P.C.

*/s/ Kathleen C. Shea*
Kirsten A. Milton, NV State Bar No. 14401
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

Katheen C. Shea, FL State Bar No. 0102837
390 N. Orange Avenue, Ste. 1285
Orlando, Florida 32801
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee Jackson Lewis P.C. and that on this 13th day of March, 2025, I caused to be sent via ECF filing, a true and correct copy of the above and foregoing **Joint Stipulation for Dismissal with Prejudice** properly addressed to the following:

Patrick W. Kang, Esq.
Kyle R. Tatum, Esq.
Paul H. Wolfram, Esq.
Christian Z. Smith, Esq.
Adam L. Gill, Esq.
Paul H. Hoffman, Esq.
Kang & Associates, PLLC
6480 W. Spring Mountain Rd., Suite 1
Las Vegas, NV 89146

                                             */s/ Janet Herrera*
                                             Employee of Jackson Lewis P.C.

4899-2340-6886, v. 3

JACKSON LEWIS P.C.
LAS VEGAS