**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**ACE LAW GROUP**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
P: 702.333.4223
F: 702.507.1468
pkang@acelawgroup.com
filing@acelawgroup.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY REGGE,<br>     Plaintiff,<br>  vs.<br>WYNDHAM VACATION OWNERSHIP, INC., et al.,<br>     Defendants. | Case No. 2:21-cv-02228-CDS-NJK<br><br>**JOINT STATUS REPORT** |
| CHRISTINA JORDAN,<br>     Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive<br><br>     Defendants. | |
| RENEE DEAN,<br>     Plaintiff,<br>  vs.<br>WYNDHAM VACATION OWNERSHIP, INC., et al.,<br>     Defendants. | |

[1]

# JOINT STATUS REPORT

Pursuant to the Court's January 16, 2025, Order [ECF No. 132], the parties were to file a dismissal pursuant to Federal Rule of Civil Procedure 41, or a joint status report addressing settlement by March 14, 2025. Plaintiffs and Defendant, by and through their respective counsel of record, hereby file this Joint Status Report.

The parties attended mediation on January 8, 2025. A settlement was reached as to all three cases. Since reaching settlement, the parties were in contact with Plaintiffs' prior counsel regarding certain language in the settlement agreement and revisions were agreed to by all parties. Ms. Regge is still in the process of reviewing the settlement agreement. The parties will submit a dismissal pursuant to FRCP 41 upon Ms. Regge executing her settlement agreement.

DATED this 13th day of March 2025.

/s/ *Paul H. Wolfram, Esq.*
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**ACE LAW GROUP**
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

DATED this 13th day of March 2025.

/s/ Kathleen C. Shea, Esq.
**KIRSTEN A. MILTON, ESQ.**
Nevada Bar No.: 14401
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
**KATHLEEN C. SHEA, ESQ.**
Florida Bar No.: 0102837
390 N. Orange Avenue, Ste. 1285
Orlando, Florida 32801
**JACKSON LEWIS, P.C.**
*Attorneys for Defendant*

# Outlook

**RE: Renee Dean and Wendy Regge / Wyndham - Settlement Agreements**

| | |
|---|---|
| **From** | Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com> |
| **Date** | Thu 3/13/2025 11:29 AM |
| **To** | Paul Wolfram <pwolfram@acelawgroup.com>; Megan Kay <mkay@acelawgroup.com>; ktatum acelawgroup.com <ktatum@acelawgroup.com>; pkang acelawgroup.com <pkang@acelawgroup.com>; Jhana Richardson <jrichardson@acelawgroup.com> |
| **Cc** | Milton, Kirsten A. (Chicago) <Kirsten.Milton@jacksonlewis.com>; scho acelawgroup.com <scho@acelawgroup.com>; Herrera, Janet (Orlando) <Janet.Herrera@jacksonlewis.com> |

No edits, other than the date. Thank you!

We can file the stips for Dean and Jordan.

### Kathleen C. Shea
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8404 | Main: (407) 246-8440
Kathleen.Shea@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Paul Wolfram <pwolfram@acelawgroup.com>
**Sent:** Wednesday, March 12, 2025 3:57 PM
**To:** Shea, Kathleen C. (Orlando) <Kathleen.Shea@jacksonlewis.com>; Megan Kay <mkay@acelawgroup.com>; ktatum acelawgroup.com <ktatum@acelawgroup.com>; pkang acelawgroup.com <pkang@acelawgroup.com>; Jhana Richardson <jrichardson@acelawgroup.com>
**Cc:** Milton, Kirsten A. (Chicago) <Kirsten.Milton@jacksonlewis.com>; scho acelawgroup.com <scho@acelawgroup.com>; Herrera, Janet (Orlando) <Janet.Herrera@jacksonlewis.com>
**Subject:** Re: Renee Dean and Wendy Regge / Wyndham - Settlement Agreements

Thank you,

Please see attached. Let me know if there are any edits.

Sincerely,

Paul H. Wolfram, Esq.
Partner
**ACE LAW GROUP**
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
E-Mail pwolfram@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.