Kirsten A. Milton
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com

Kathleen C. Shea
Florida State Bar No. 0102837
**JACKSON LEWIS P.C.**
390 N. Orange Avenue, Suite 1285
Orlando Florida 32801
Tel: (407) 246-8404
Fax: (407) 246-8441
Kathleen.shea@jacksonlewis.com
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc.
and Demetrius Barnes-Vaughn*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JORDAN,<br>　　　　Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive<br><br>　　　　Defendants.<br>WENDY REGGE,<br>　　　　Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al.*,<br>　　　　Defendants.<br>RENEE DEAN,<br>　　　　Plaintiff,<br>vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al.*,<br>　　　　Defendants. | **Case No. 2:21-cv-02228-CDS-NJK**<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's March 21, 2025 Order [ECF No. 135], the parties were to file a status report addressing the settlement between Plaintiff Renee Dean ("Dean"), and Defendant

Wyndham Vacation Ownership, Inc. ("Wyndham")[1]. Plaintiff Dean and Wyndham, by and through their respective counsel of record, hereby file this Joint Status Report.

1. The Parties attended mediation on January 8, 2025. A settlement was reached as to all three cases.

2. Dean and Wyndham have entered into and executed a Settlement Agreement and General Release, pursuant to which all pending claims brought by Dean against Wyndham have been fully resolved. Accordingly, each party shall bear their own attorneys' fees and costs.

3. Dean and Wyndham filed a Stipulation for Dismissal [ECF No. 16] in case number 2:22-cv-00141-GMN-NJK. The Court entered an Order striking the Stipulation for Dismissal [ECF No. 17] because the case was consolidated under 2:21-cv-02228-CDS-NJK.

4. Dean and Wyndham will file a Stipulation for Dismissal contemporaneously with this Joint Status Report.

DATED this 27th day of March, 2025.

JACKSON LEWIS P.C.

*/s/ Kathleen C. Shea*
Kirsten A. Milton, NV State Bar No. 14401
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

Katheen C. Shea, FL State Bar No. 0102837
390 N. Orange Avenue, Ste. 1285
Orlando, Florida 32801
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc.*
*and Demetrius Barnes-Vaughn*

---

[1] Plaintiffs dismissed all claims against Defendant Demetrius Barnes-Vaughn on September 4, 2024 (ECF No. 126).

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee Jackson Lewis P.C. and that on this 27th day of March, 2025, I caused to be sent via ECF filing, a true and correct copy of the above and foregoing **Joint Status Report** properly addressed to the following:

Patrick W. Kang, Esq.
Kyle R. Tatum, Esq.
Paul H. Wolfram, Esq.
Christian Z. Smith, Esq.
Adam L. Gill, Esq.
Paul H. Hoffman, Esq.
Kang & Associates, PLLC
6480 W. Spring Mountain Rd., Suite 1
Las Vegas, NV 89146

  */s/ Janet Herrera*
Employee of Jackson Lewis P.C.

4922-8126-7246, v. 1