Kirsten A. Milton
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com

Kathleen C. Shea
Florida State Bar No. 0102837
**JACKSON LEWIS P.C.**
390 N. Orange Avenue, Suite 1285
Orlando Florida 32801
Tel:  (407) 246-8404
Fax:  (407) 246-8441
Kathleen.shea@jacksonlewis.com
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc.
and Demetrius Barnes-Vaughn*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WENDY REGGE,<br>            Plaintiff,<br>     vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al*.,<br>            Defendants. | **Case No. 2:21-cv-02228-CDS-NJK**<br><br>**JOINT STATUS REPORT** |
| CHRISTINA JORDAN,<br>            Plaintiff,<br>     vs.<br>WYNDHAM VACATION OWNERSHIP, INC., a Nevada corporation; DEMETRIUS BARNES, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive<br><br>Defendants. | |
| RENEE DEAN,<br>            Plaintiff,<br>     vs.<br>WYNDHAM VACATION OWNERSHIP, INC., *et al*.,<br>            Defendants. | |

Pursuant to the Court's May 1, 2025 Minute Order [ECF No. 139], the parties are to file a joint status report addressing the settlement between Plaintiff Wendy Regge ("Regge"), and Defendant Wyndham Vacation Ownership, Inc. ("Wyndham"). Plaintiff Regge and Wyndham, by

and through their respective counsel of record, hereby file this Joint Status Report.

1. The Parties attended mediation on January 8, 2025. A settlement was reached as to all three cases.

2. Regge and Wyndham have entered into and executed a Settlement Agreement and General Release, pursuant to which all pending claims brought by Regge against Wyndham have been fully resolved. Accordingly, each party shall bear their own attorneys' fees and costs.

3. Regge and Wyndham will file a Stipulation for Dismissal contemporaneously with this Joint Status Report.

DATED this 5th day of May, 2025.

Respectfully submitted,

KANG & ASSOCIATES, PLLC D/B/A ACE LAW GROUP

*/s/ Kyle R. Tatum*
Patrick W. Kang, NV State Bar No. 10381
Kyle R. Tatum, NV State Bar No. 13264
Paul H. Wolfram, NV State Bar No. 16025
Christian Z. Smith, NV State Bar No. 8266
Adam L. Gill, NV State Bar No. 11575
6480 W. Spring Mountain Rd., Suite 1
Las Vegas, NV 89146

Attorneys for Plaintiff
*Wendy Regge*

JACKSON LEWIS P.C.

*/s/ Kathleen C. Shea*
Kirsten A. Milton, NV State Bar No. 14401
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

Katheen C. Shea, FL State Bar No. 0102837
390 N. Orange Avenue, Ste. 1285
Orlando, Florida 32801
*Appearing Pro Hac Vice*

Attorneys for Defendants
*Wyndham Vacation Ownership, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee Jackson Lewis P.C. and that on this 5th day of May, 2025, I caused to be sent via ECF filing, a true and correct copy of the above and foregoing **Joint Status Report** properly addressed to the following:

Patrick W. Kang, Esq.
Kyle R. Tatum, Esq.
Paul H. Wolfram, Esq.
Christian Z. Smith, Esq.
Adam L. Gill, Esq.
Paul H. Hoffman, Esq.
Kang & Associates, PLLC
6480 W. Spring Mountain Rd., Suite 1
Las Vegas, NV 89146

          */s/ Janet Herrera*
          Employee of Jackson Lewis P.C.

4930-5674-9885, v. 1